

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | |
|---|---|
| | CRIMINAL ACTION |
| VERSUS | |
| | NO. 05-225-JJB |
| ANITA JONES | |

### RULING AND ORDER

This matter is before the court on a motion by defendant for "concurrent sentencing" (doc. 90), which will be treated as a motion for relief under 28 U.S.C. §2255. The government has filed a response. There is no need for oral argument.

As more fully explained in the government's opposition, defendant seeks credit for time served in state custody prior to being sentenced in this matter. The court does not have jurisdiction to modify defendant's sentence as requested. This is a matter within the domain of the Bureau of Prisons.

Baton Rouge, Louisiana, October 30, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE